IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 11-cv-00208-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FEB 0 8 2011

GREGORY C. LANGHAM
CLERK

JOSEPH LEE WILLAMS #46010,

      Applicant,

v.

TERRY ZAVARAS, Director Colorado Dept. Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Applicant will be directed to cure the following if he

wishes to pursue his claims. Any papers which the Applicant files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
         period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)  X   is missing an original signature by the prisoner
(7)  __   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or
         habeas application
(9)  __   An original and a copy have not been received by the court.
         Only an original has been received.
(10) X   other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form (must use the court's current form)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. ___
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the court.  Only an
         original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been
         received by the court.
(18) __   names in caption do not match names in text
(19) __   other _____

Accordingly, it is

    ORDERED that the Applicant cure the deficiency designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following form: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action.  It is

    FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiency **within thirty (30) days from the date of this order**, the application and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 8, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-00208-BNB

Joseph Lee Williams
Prisoner No.  46010
Ft Lyon Correctional Facility
PO Box 1000
Ft Lyon, CO 81038

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action form** to the above-named individuals on February 8, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk